No. —. THE SILVERSHIRT LEGION OF AMERICA, INC. ET AL. v. COMMITTEE ON EDUCATION AND LABOR OF THE UNITED STATES SENATE ET AL. March 28, 1938. The application for preliminary injunction pending application for writ of certiorari is denied.

No. 847. POPE v. UNITED STATES. March 28, 1938. Motion to remand to the Court of Claims for further findings denied.

No. 871. HELLER v. CONNECTICUT. Decided April 4, 1938. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Mugler* v. *Kansas,* 123 U. S. 623, 668–669; *Reduction Company* v. *Sanitary Works,* 199 U. S. 306, 324–325; *Hudson Water Co.* v. *McCarter,* 209 U. S. 349, 356; *Perley* v. *North Carolina,* 249 U. S. 510; *Euclid* v. *Ambler Realty Co.,* 272 U. S. 365, 388, 389; *West Brothers Brick Co.* v. *Alexandria,* 302 U. S. 658. *Mr. Nathan April* for appellant. No appearance for appellee.

No. 892. ALLBRITTON ET AL. v. WINONA. Decided April 4, 1938. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Jones* v. *Portland,* 245 U. S. 217; *Green* v. *Frazier,* 253 U. S. 233; *Milheim* v. *Moffat Tunnel Dist.,* 262 U. S. 710, 717; *Carmichael* v. *Southern Coal Co.,* 301 U. S. 495, 514, 515. *Mr. W. E. Morse* for appellants. No appearance for respondent.

No. —, original. EX PARTE MIKE J. LINDWAY. April 4, 1938. Motion for leave to file petition for writ of habeas corpus denied.